# ORIGINAL



Send

FILED
CLERK, U.S. DISTRICT COURT

NOV 22 1999

CENTRAL DISTRICT OF CALIFORNIA
BY  K.C.  DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Icon Capital Corporation<br>PLAINTIFF(S),<br>v.<br>John Andrews, E-Auction Global Trading, Inc.<br>DEFENDANT(S). | CASE NUMBER: CV 99-12044 R (RNBx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>(Related Case) |
|---|---|

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 224.

Dated: 11-19-99                     Ronald S. W. Lew
                                    United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _Lew_ or all further proceedings.

Dated: 11·22·99                     Manuel L. Real
                                    United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth:_____

Dated:_____                  _____
                                    United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case CV 99-6907 RSWL (MANx) and the present case:

X A.   appear to arise from the same or substantially identical transactions, happenings or events.
☐ B.   involve the same or substantially the same parties or property.
☐ C.   involve the same plaintiff.
X D.   call for determination of the same or substantially identical questions of law.
X E.   likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

### NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Block_ to Magistrate Judge _Nagle_.

On all documents subsequently filed in this case, please substitute the initials _RSWL (MANx)_ after the case number in place of the initials of the prior judge, so that the case number will read CV _99-12044 RSWL (MANx)_. This is very important because documents are routed to the assigned judges by means of these initials. ENTERED ON ICMS 11/22/99

CV-34 (09/97)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)   K.C.
NOV 19 1999                NOV 22 1999