1 Kevin J. Yourman (147159)
  Vahn Alexander (167373)
2 Ronald T. Theda (193223)
  WEISS & YOURMAN
3 10940 Wilshire Boulevard
  24th Floor
4 Los Angeles, CA 90024
  (310) 208-2800
5
6 *Attorneys for Plaintiff*
7
8
9 UNITED STATES DISTRICT COURT
10 CENTRAL DISTRICT OF CALIFORNIA
11
12 CASE NO.: 99-12044 RSWL (RNBx)
13 ICON CAPITAL CORPORATION )
                            )
14              Plaintiff,  )
                            )
15        vs.               )  TEMPORARY RESTRAINING
                            )  ORDER AND ORDER TO SHOW
16 JOHN ANDREWS, E-AUCTION GLOBAL )  CAUSE RE PRELIMINARY
   TRADING, INC. (a Nevada Corporation), E- )  INJUNCTION
17 AUCTION GLOBAL TRADING, INC. (a )
   Barbados Corporation), E-MEDSOFT.COM, )
18 E-NET GLOBAL FINANCIAL SERVICES, )
   INC., KZARI INTERNATIONAL, INC., )
19 SHANE MAINE, SHAUN MAINE, JOHN )
   McLENNAN, QFG HOLDINGS LIMITED, )
20 VENTURES NORTH INTERNATIONAL, )
   INC., JEFF WHEELER, and 582976 BC )
21 LTD.,                    )
                            )
22              Defendants. )
                            )
23        and               )
                            )
24 SANGA INTERNATIONAL INC., as a )
   Nominal Defendant        )
25                          )
26
27 *DENIED BY ORDER OF JUDGE R.S. LEW, UNITED STATES DISTRICT JUDGE 11/22/99*

*ORIGINAL*

*ENTERED ON ICMS NOV 23 1999*

1  DEFENDANTS JOHN ANDREWS, E-AUCTION GLOBAL TRADING, INC. (a
2  Nevada Corporation), E-AUCTION GLOBAL TRADING, INC. (a Barbados Corporation), E-
3  MEDSOFT.COM, E-NET GLOBAL FINANCIAL SERVICES, INC., KZARI
4  INTERNATIONAL, INC., SHANE MAINE, SHAUN MAINE, JOHN McLENNAN, QFG
5  HOLDINGS LIMITED, VENTURES NORTH INTERNATIONAL, INC., JEFF WHEELER,
6  582976 BC LTD., and Nominal Defendant SANGA INTERNATIONAL INC.:

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____ a.m/p.m. on _____, 1999, or as soon thereafter as counsel may be heard in the courtroom of the Honorable _____, located at 312 North Spring St., Los Angeles, CA 90012, why you, your officers, agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from carrying out the terms of the settlement agreement in the previously filed action captioned *Sanga International, Inc. v. Shane Maine, et al.*, Case No.: 99-06907GHK (MANx), which is alleged to be in violation of defendants' fiduciary duties to Sanga International, Inc. ("Sanga" or the "Company") and its shareholders and in furtherance of defendants' scheme to illegally convert the assets and technologies of the Company through fraudulent means.

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees and attorneys and all those in active concert or participation with you or them are HEREBY RESTRAINED AND ENJOINED from carrying out the terms of the settlement agreement in the previously filed action captioned *Sanga International, Inc. v. Shane Maine, et al.*, Case No.: 99-06907GHK (MANx).

The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking in the sum of $_____. This Order to Show Cause and supporting papers must be served on Defendants no later than _____ days before the date set for hearing, and proof of service shall be filed no later than _____ court days before the hearing. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than _____ court days before the date set for

2

1 | hearing, and proof of service shall be filed no later than _____ court days before the
2 | hearing.

4 | DATED: _____, 1999

_____
UNITED STATES DISTRICT JUDGE

7 | Submitted By:

8 | Kevin J. Yourman (147159)
Vahn Alexander (167373)
9 | Ronald T. Theda (193223)
WEISS & YOURMAN

By: /s/ Vahn Alexander
Vahn Alexander

13 | 10940 Wilshire Blvd., 24th Floor
Los Angeles, California 90024
14 | Tel: (310) 208-2800

15 | *Counsel for Plaintiff*