_____ Priority
__X__ Send
_____ Clsd
__X__ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK U.S. DISTRICT COURT

APR 28 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ICON CAPITAL CORPORATIon,           )
                                    )
                Plaintiff,          )      CV 99-12044-RSWL
                                    )
     vs                             )      ORDER OF DISMISSAL
                                    )
JOHN ANDREWS, ET AL,                )
                                    )
                Defendants.         )
_____)

     On _3/6/00_, the Court issued an Order to Show Cause why this

case should not be dismissed for lack of prosecution.

     A written response was filed by plaintiff on 3/22/00 informing

the Court that nominal defendant, Sanga Intenational, Inc., is in

bankruptcy.

     No response or proofs of service having been filed as to the

remaining defendants,

     IT IS ORDERED AND ADJUDGED that the above-entitled case is

dismissed without prejudice, for lack of prosecution as to all

defendants, except Sanga International, Inc.


DATE:    _April 27, 2000_


                              _RONALD S W LEW_
                              RONALD S.W. LEW
                              UNITED STATES DISTRICT JUDGE


_____ Docketed
__/__ Copies NTC Sent
__N__ JS - 5 / JS - 6
_____ JS - 2 / JS - 3
_____ CLSD

APR 28 2000

(12)