___ Priority
_X_ Send
___ Clsd
_X_ Enter
_X_ JS-5/JS-6
___ JS-2/JS-3

**FILED**
CLERK, U.S. DISTRICT COURT
APR 27 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ICON CAPITAL CORPORATION,  )
                           )
            Plaintiffs,    )  CASE NO. CV 99-12044-RSWL
                           )
     vs.                   )  ORDER REMOVING CASE
                           )
SANGA INTERNATIONAL, INC., )  FROM ACTIVE CASELOAD
                           )
            Defendant.     )
_____)

This Court having stayed this action pending bankruptcy proceedings,

IT IS ORDERED that this action is removed from the Court's active caseload until further application by the parties or order of the Court. This Court retains full jurisdiction over this action and this Order shall not prejudice any party in this action.

IT IS FURTHER ORDERED that counsel shall file a joint status report with the Court every 90 days until completion of bankruptcy proceedings.

DATED: __April 27, 2000__

*RONALD S W LEW*
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

_✓_ Docketed
_✓_ Copies / NTC Sent
_✓_ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

APR 28 2000

**ENTERED**
CLERK, U.S. DISTRICT COURT
APR 28 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY